UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>          Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>          Defendant. | Civil Action No. 24-1394 (GMH) |

## JOINT STATUS REPORT

Pursuant to this Court's June 10, 2025 Minute Order, Defendant, the U.S. Immigration and Customs Enforcement ("ICE"), and Plaintiff, Immigration Reform Law Institute, by and through their respective counsel, respectfully submit this joint status report addressing (1) any documents still to be produced pursuant to FOIA; (2) an anticipated schedule for processing and producing any such documents; and (3) any substantive areas of disagreement between the parties. *See* Apr. 9, 2025 Min. Order.

In this FOIA action, Plaintiffs seeks records responsive to its FOIA requests submitted on October 12, 2023 for certain emails from identified custodians. *See generally* Compl., ECF No. 1, ¶ 25. Plaintiff filed its Complaint on May 14, 2024, *see generally id.*, and ICE filed its Answer to the Complaint on July 19, 2024. *See* ECF No. 13.

The tenth production was released on July 14, 2025, for which ICE processed 502 pages, released 457 pages, and referred sixteen pages to US National Central bureau of Department of Justice ("INTERPOL Washington"). The eleventh production was released on August 7, 2025, for

which 501 pages were processed, 465 pages were released, and eleven pages were referred to INTERPOL Washington.

On May 6, 2025, INTERPOL Washington made a direct response to Plaintiff for which INTERPOL reviewed six pages and withheld those pages in full pursuant to Exemption (b)(7)(D). On June 10, 2025, INTERPOL Washington made another direct response to Plaintiff for which INTERPOL reviewed six pages and withheld those pages in full pursuant to Exemption (b)(7)(D). On July 16, 2025, INTERPOL Washington made another direct response to Plaintiff for which INTERPOL reviewed sixteen pages and withheld those pages in full pursuant to Exemption (b)(7)(D). In each of these responses, INTERPOL stated that "we have determined that they contain no reasonable segregable portions of non-exempt information. The information originated with the INTERPOL Secretariat General and foreign National Central Bureaus, and therefore it is being withheld in full pursuant to Exemption (b)(7)(D)." Undersigned counsel for Plaintiff has raised certain questions regarding INTERPOL Washington's response with undersigned counsel for Defendant, and Defendant is continuing to confer internally to provide a response to Plaintiff in order to resolve this issue among the parties.

There remain approximately 21,329 pages of records that ICE is processing. ICE's schedule for processing and producing records is as follows. ICE continues to process the remaining records at a rate of approximately 500 pages per month and will continue to make monthly rolling productions comprising any reasonably segregable nonexempt responsive information that does not require further consultations. Once ICE completes its response to Plaintiff's FOIA requests, the parties will confer to discuss any issues with ICE's response to Plaintiffs' FOIA request in order to resolve this case without further litigation.

In light of the current status of this case, the parties, respectfully request to file a further joint status report in approximately 60 days, or by October 7, 2025, and every 60 days thereafter.

Respectfully Submitted,

| | |
|---|---|
| */s/ David L. Jaroslav* | JEANINE FERRIS PIRRO |
| David L. Jaroslav, DC Bar No. 90021286 | United States Attorney |
| Mateo Forero-Norena, DC Bar No. 90002605 | |
| Immigration Reform Law Institute | By: */s/ Anna D. Walker* |
| 25 Massachusetts Avenue, NW, Suite 335 | ANNA D. WALKER |
| Washington, DC 20001 | Assistant United States Attorney |
| (954) 288-3637 | 601 D Street, N.W. |
| djaroslav@irli.org | Washington, D.C. 20530 |
| mforero@irli.org | (202) 252-2544 |
| | |
| *Counsel for Plaintiffs* | *Counsel for the United States of America* |

Dated: August 7, 2025