UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>        Defendant. | Civil Action No. 24-1394 (GMH) |

## JOINT STATUS REPORT

Pursuant to this Court's December 1, 2025 Minute Order, Defendant, the U.S. Immigration and Customs Enforcement ("ICE"), and Plaintiff, Immigration Reform Law Institute, by and through their respective counsel, respectfully submit this joint status report addressing (1) any documents still to be produced pursuant to FOIA; (2) an anticipated schedule for processing and producing any such documents; and (3) any substantive areas of disagreement between the parties. *See* December 1, 2025, Min. Order.

In this FOIA action, Plaintiffs seeks records responsive to its FOIA requests submitted on October 12, 2023, for certain emails from identified custodians. *See generally* Compl., ECF No. 1, ¶ 25. Plaintiff filed its Complaint on May 14, 2024, *see generally id.*, and ICE filed its Answer to the Complaint on July 19, 2024. *See* ECF No. 13.

The fourteenth production was released on December 16, 2025, for which ICE processed 505 pages, released 455 pages, and referred ten pages to US Department of Homeland Security. The fifteenth production was released on January 16, 2026, for which 501 pages were processed, 56 pages were released, and nine pages were referred to US Department of Homeland Security.

There remain approximately 19,317 pages of records that ICE is processing at a rate of approximately 500 pages per month and ICE will continue to make monthly rolling productions comprising any reasonably segregable nonexempt responsive information that does not require further consultations. Once ICE completes its response to Plaintiff's FOIA requests, the parties will confer to discuss any issues with ICE's response to Plaintiffs' FOIA request in order to resolve this case without further litigation.

In light of the current status of this case, the parties respectfully request to file a further joint status report in approximately 60 days, or by March 30, 2026, and every 60 days thereafter.

Respectfully Submitted,

| | |
|---|---|
| */s/ David L. Jaroslav* <br> David L. Jaroslav, DC Bar No. 90021286 <br> Mateo Forero-Norena, DC Bar No. 90002605 <br> Immigration Reform Law Institute <br> 25 Massachusetts Avenue, NW, Suite 335 <br> Washington, DC 20001 <br> (954) 288-3637 <br> djaroslav@irli.org <br> mforero@irli.org <br><br> *Counsel for Plaintiffs* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By: */s/ Anna D. Walker* <br> ANNA D. WALKER <br> D.C. Bar No.: 90037215 <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-2544 <br><br> *Counsel for the United States of America* |

Dated: January 26, 2026