UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IMMIGRATION REFORM LAW
INSTITUTE,

*Plaintiff*,

v.

Civil Action No. 24-1394 (GMH)

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

*Defendant*.

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Tara Derbisz as counsel of record for Defendant in this matter, who is substituting as counsel for

Assistant United States Attorney Anna D. Walker.

Dated: March 25, 2026

Respectfully submitted,

By: */s/ Tara Derbisz*
TARA DERBISZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone:  (202) 809-0784
tara.derbisz@usdoj.gov