UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IMMIGRATION REFORM LAW
INSTITUTE,

      Plaintiff,

      v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Defendant.

Civil Action No. 24-1394 (GMH)

**JOINT STATUS REPORT**

Pursuant to this Court's January 26, 2026 Minute Order, Defendant, the U.S. Immigration and Customs Enforcement ("ICE"), and Plaintiff, Immigration Reform Law Institute, by and through their respective counsel, respectfully submit this joint status report addressing (1) any documents still to be produced pursuant to FOIA; (2) an anticipated schedule for processing and producing any such documents; and (3) any substantive areas of disagreement between the parties. *See* January 26, 2026, Min. Order.

In this FOIA action, Plaintiffs seeks records responsive to its FOIA requests submitted on October 12, 2023, for certain emails from identified custodians. *See generally* Compl., ECF No. 1, ¶ 25. Plaintiff filed its Complaint on May 14, 2024, *see generally id.*, and ICE filed its Answer to the Complaint on July 19, 2024. *See* ECF No. 13.

As previously reported, the fifteenth production was released on January 16, 2026, for which 501 pages were processed, 56 pages were released, and nine pages were referred to US Department of Homeland Security.

There remain approximately 19,317 pages of records that ICE was processing at a rate of approximately 500 pages per month prior to the lapse in appropriations funding. However, due to the furloughing of staff at the agency, ICE has been unable to continue processing and is not expected to continue until after the lapse in appropriations is over.

In light of the current status of this case, the parties respectfully request to file a further joint status report in approximately 60 days, or by May 25, 2026, and every 60 days thereafter.

Respectfully Submitted,

| | |
|---|---|
| */s/ David L. Jaroslav* | JEANINE FERRIS PIRRO |
| David L. Jaroslav, DC Bar No. 90021286 | United States Attorney |
| Mateo Forero-Norena, DC Bar No. 90002605 | |
| Immigration Reform Law Institute | By: */s/ Tara Derbisz* |
| 25 Massachusetts Avenue, NW, Suite 335 | TARA DERBISZ |
| Washington, DC 20001 | Assistant United States Attorney |
| (954) 288-3637 | 601 D Street, N.W. |
| djaroslav@irli.org | Washington, D.C. 20530 |
| mforero@irli.org | (202) 809-0784 |
| | |
| *Counsel for Plaintiffs* | *Counsel for the United States of America* |

Dated: March 27, 2026